UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| QUAVION D. HOLLINS | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-654-SDJ |
| | § | |
| MBK, INC. d/b/a PAYTEK | § | |
| SOLUTIONS, ET AL. | § | |

## ORDER

Before the Court is Plaintiff Quavion D. Hollins's Motion to Extend Deadline to File Dismissal Documents, (Dkt. #7). Having reviewed the motion, the Court is of the opinion that it should be GRANTED.

It is therefore **ORDERED** that, on or before **January 14, 2021**, all parties shall file with the Court all papers necessary for the closing of this case and its removal from the active docket of this Court. If such papers are not received by the Court by the scheduled deadline, the Court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the Court may enter such orders as are just and necessary to ensure the prompt resolution of this case.

It is further **ORDERED** that any deadlines scheduled in this matter are **STAYED** pending further order of the Court.

So ORDERED and SIGNED this 18th day of December, 2020.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE